# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143168 & (29)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMY ALAN CRAIG,
      Defendant-Appellant.

SC: 143168
COA: 302076
Wayne CC: 09-031292-FC

_____/

On order of the Court, the application for leave to appeal the April 19, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for bond is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

                  Clerk

y0919